Kathy E. Mount (SBN 104736)
Kevin E. Gilbert (SBN 209236)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone:   (510) 808-2000
Facsimile:   (510) 444-1108

Attorneys for Defendants
HEATHER BLOUGH and the MENDOCINO COUNTY
COMMUNITY DEVELOPMENT COMMISSION
Erroneously sued as BECHTEL CREEK VILLAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ANN,<br><br>        Plaintiff,<br><br>v.<br><br>ROY TINDLE, HEATHER BLOUGH, GARY ONETO, TINA ONETO and BECHTEL CREEK VILLAGE<br><br>        Defendants. | Case No. C-07 2031 MHP<br><br>**DEFENDANTS' NOTICE OF APPEARANCE, REQUEST FOR AUTHORIZATION TO FILE MOTION TO DISMISS AND ~~PROPOSED~~ ORDER**<br><br>**JURY TRIAL DEMANDED** |

      COMES NOW, DEFENDANTS HEATHER BLOUGH and the MENDOCINO COUNTY COMMUNITY DEVELOPMENT COMMISSION, erroneously named in the Complaint as BECHTAL CREEK VILLAGE and hereby enters an appearance and designate Kathy E. Mount, Esq. and Kevin E. Gilbert, Esq. of the law firm MEYERS NAVE as their attorneys of record for these proceedings. Further, Defendants hereby provide notice of their demand for a Jury Trial in this proceeding.

      Pursuant to The Honorable Judge Patel's standing order, Defendants hereby request authorization to file a Motion to Dismiss Plaintiff's Complaint. Said motion to dismiss will be based upon the following grounds:

      1.      This Court lacks jurisdiction over the pending disputes pursuant to the Rooker-Feldman Doctrine.

2. Plaintiff's Complaint is barred pursuant to the principles of Collateral Estoppel and Res Judicata based upon a prior judgment being entered in favor of Defendants as against Karen Ann in Mendocino Superior Court, Case No. MCUKCVUD0513370, a true and correct copy of which is attached hereto as Exhibit A.

3. Plaintiff's claim of civil rights deprivation in violation of 42 USC §1983 is precluded as Plaintiff does not have a constitutional right to the renewal of her lease (see *Downtown Auto Parts Inc. v. City of Milwaukee* (Wis, 1991) 938 F.2nd 705.

4. Defendants are immune from the allegations of Plaintiff based upon the qualified immunity doctrine as established by the United States Supreme Court in *Saucier v. Katz*, 533 US 194 and its progeny.

5. Plaintiff's Second Cause Of Action for Breach of Contract is barred pursuant to Plaintiff's failure to present any claim to Defendants, a public agency and its employees, as required by California Government Code § 910 et seq.

6. Plaintiff has failed to exhaust her otherwise available administrative remedies established b the terms of the contract between the parties and attached as an Exhibit to the First Amended Complaint.

For the foregoing reasons, Defendants respectfully request this Court authorize Defendants to immediately file a Motion to Dismiss. In the alternative, Defendants respectfully request this Court issue an Order extending the time in which Defendants are to file a response to Plaintiff's First Amended Complaint to a date following the Case Management Conference currently scheduled for July 23. 2007.

DATED: June 6, 2007

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Kevin Gilbert
Attorneys for Defendants
HEATHER BLOUGH and the MENDOCINO
COUNTY COMMUNITY DEVELOPMENT
COMMISSION, Erroneously sued as BECHTEL
CREEK VILLAGE

974478

1  Good Cause Appearing, the Court hereby Grants Defendants Heather Blough and the Mendocino
2  County Community Development Commission's Request to File a Motion to Dismiss. Defendants may file said
3  motion prior to the July 23, 2007 Status Conference and in compliance with the applicable statues and Court
4  Rules.
5  IT IS SO ORDERED.

Date: June 20, 2007



**EXHIBIT A**

```
DAVID RIEMENSCHNEIDER #93368
LAW OFFICES OF DAVID RIEMENSCHNEIDER
P.O. BOX N
UKIAH, CA  95482
(707) 462-1351

Attorney for Plaintiff
```

RECEIVED DEC 2 7 2005

**ENDORSED-FILED**

DEC 2 1 2005

CLERK OF MENDOCINO COUNTY
SUPERIOR COURT OF CALIFORNIA

SUPERIOR COURT OF CALIFORNIA
MENDOCINO COUNTY
UKIAH BRANCH

| | |
|---|---|
| COMMUNITY DEVELOPMENT COMMISSION OF MENDOCINO COUNTY,<br><br>Plaintiff,<br><br>KAREN ANN,<br><br>Defendant. | MCUK-CVUD-05-13370<br><br>JUDGMENT BY DEFAULT |

This cause came on regularly for decision by affidavit pursuant to Code of Civil Procedure Section 585(d). The Affidavit of Heather Blough in Support of Judgment by Default and pleadings in the file have been duly considered. The Defendant KAREN ANN was served with Summons and Complaint herein, no appearance was made by or on behalf of said Defendant within the time allowed by law and her Default has been duly entered.

**WHEREFORE, IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff COMMUNITY DEVELOPMENT COMMISSION OF MENDOCINO COUNTY recover from Defendant KAREN ANN possession of the premises described in the Complaint, being the real property in Mendocino County, California, known as 31 Alder Court, Willits, California.

2. Plaintiff COMMUNITY DEVELOPMENT COMMISSION OF MENDOCINO COUNTY recover from Defendant its costs and disbursements herein

- 1 -

JUDGMENT IN UNLAWFUL DETAINER

1  amounting to the sum of $203.30 and

2     3.   The lease under which said property was held by Defendant is hereby
3  declared forfeited.

4  Dated: **DEC 2 1 2005** _____, 2005.

**LEONARD J. LA CASSE**
JUDGE OF THE SUPERIOR COURT

-2-

JUDGMENT IN UNLAWFUL DETAINER