UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN ANN,

        Plaintiff(s),

vs.

BOY TINDLE, HEATHER BLOUGH, GARY ONETO, TINA ONETO AND BECHTEL CREEK VILLAGE,

        Defendant(s).

No. C 07-2031 MHP

**JUDGMENT**

    This action having come before this court, the Honorable Marilyn Hall Patel, United States District judge presiding, and the issues having been duly presented and an order having been duly filed granting defendants' motion to dismiss,

    IT IS ORDERED AND ADJUDGED that defendants' motion to dismiss is GRANTED and the action is DISMISSED in its entirety.

Date: August 10, 2007

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

**ENDNOTES**